# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Shaka Freeman

                                    Plaintiff,

v.                                                                     Case No.: 1:17−cv−04409
                                                                       Honorable Harry D. Leinenweber

Metropolitan Water Reclamation District of Chicago

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 30, 2019:

      MINUTE entry before the Honorable Harry D. Leinenweber: Defendant's Motion for an extension of time to answer or otherwise plead [139] is granted. Defendant shall answer or otherwise plead on or before 11/6/19. However, the parties' request to re−set the status hearing from 11/12/19 to 11/19/19 is denied, as the Court is unavailable on that date. If the parties wish to re−set the 11/12/19 status hearing for 11/13/19 they may do so with the Court's Deputy. Otherwise, the status hearing set for 11/12/19 shall stand. Presentment of Motion [139] on 10/31/19 is stricken as moot. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.